DAVID H. KRAMER, State Bar No. 168452
JORDAN A. NELSON, State Bar No. 327915
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:     (650) 565-5100
Email:  dkramer@wsgr.com
          jordan.nelson@wsgr.com

Attorneys for Defendant
YOUTUBE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LATONYA R. FINLEY, | CASE NO.:  3:20-cv-04888-RS |
| Plaintiff, | **DEFENDANT YOUTUBE, LLC'S STATUS REPORT** |
| v. | |
| YOUTUBE, LLC, | |
| Defendant. | |

In its August 13, 2021 Order Granting Defendant YouTube, LLC's Motion to Dismiss Plaintiff's Complaint, the Court set September 3, 2021 as the deadline for Plaintiff LaTonya R. Finley to file an amended complaint. A week after that deadline, Defendant YouTube, LLC has not received an amended complaint from Plaintiff and no amended complaint appears on the docket.

Defendant has tried to reach Plaintiff by phone and email to learn her intentions, to no avail thus far.

/ / /

/ / /

1     Under the circumstances, Defendant requests that the Court vacate the Case Management

2  Conference scheduled for September 16, 2021 so that Defendant and the Court can determine if

3  Plaintiff intends to pursue this action further.

4     Respectfully submitted,

5  Dated:  September 10, 2021                    WILSON SONSINI GOODRICH &
                                                 ROSATI, P.C.
6

7                                          By:  /s/ Jordan A. Nelson
                                                Jordan A. Nelson
8
                                                Attorneys for Defendant
9                                               YouTube, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28