UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>YOUTUBE, LLC,<br><br>        Defendant. | Case No. 20-cv-04888-RS<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 20-cv-4888-RS |

Plaintiff's complaint in the above-entitled matter was dismissed on August 13, 2021. September 3, 2021 was set as the deadline for Plaintff to file an amended complaint. Plaintiff failed to file an amended complaint by rhe deadline, and did not respond to repeated phone calls and emails from Defendant's counsel. The Court was thus forced to vacate a Case Management Conference set for September 16, 2021, and reset it for December 9, 2021. In the interim, Plaintiff has neither filed an amended complaint nor responded to further communication from Defendant's counsel. Plaintiff did not participate in the filing of the joint case management statement, as the Court had required. Thus, the Case Management Conference scheduled for December 9, 2021, is vacated.

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Plaintiff's response should be filed no later than December 23, 2021. Any reply, if any, from the Defendant shall be filed no later than January 6, 2022. The hearing on the order to show cause will be held January 20, 2022, at 1:30 PM, via videoconference. If plaintiff fails to file or fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 3, 2021

RICHARD SEEBORG
Chief United States District Judge